# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
July 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Fidel Morales_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>DEFENDANT #1 Diego MOTA<br>DEFENDANT #2 Issac Steven HERNANDEZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)  **EP:25-M-03755-MAT**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 30, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States by means of transportation and otherwise, in furtherance of said violation of law. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT 1: Diego MOTA
Charge #1: DEFENDANT 2: Issac Steven HERNANDEZ

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __July 02, 2025__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Oscar Cervantes, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/02/2025__

*Judge's signature*

City and state: __El Paso, Texas__

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Defendant 1: Diego MOTA
Defendant 2: Issac Steven HERNANDEZ

PEPT# PEPT250752

07/02/2025

FACTS    (CONTINUED)

On June 30, 2025, at approximately 1500 hours, a Border Patrol Agent in the Ysleta Border Patrol area of operations advised that he observed two subjects scaling over the International Border Fence. The two subjects were apprehended north of the Rio Grande River. The subjects were questioned as to their citizenships and nationalities. The subjects were determined to being illegally present in the United States without the proper documentation that would allow them to be or remain in the country legally.

Agents from Ysleta Station who were performing their official duties in a plain clothes capacity arrived on scene. Agents noticed that a cellphone in the illegal alien's possession continued to receive voice calls from a number originating from Juarez, Mexico. Agents received consent to view and search the contents of the alien's cellphone. An agent took possession of the cellphone and began posing as the illegal alien to establish communication with smugglers operating in Mexico and attempting to arrange a pick-up.

The agent, posing as the illegal alien, replied to a message on the WhatsApp application, advising the other parties that he was hiding. The agent continued to pose as the illegal alien and replied to the individual on WhatsApp with other members of the group chat. The agent told the contacts that he was hiding near the intersection of Casitas Street and Glorietta Drive. in El Paso, Texas, in the Western District of Texas.

The agent was advised that the pick-up driver would be there shortly and was instructed to remain hiding. The agent was given constant updates on the time the driver would be arriving to pick him up. The agent was then advised that a red, Jeep Cherokee, and a grey, Jeep Wrangler would be there soon to pick him up and would be honking. Agent relayed information via service radio to other Border Patrol Agents and to Ysleta Del Sur Pueblo Tribal Police Officer. Moments later, a red, color Jeep Cherokee and a grey, Jeep Wrangler arrived and stopped directly in front of the agent. Both vehicles honked as the drivers began waving towards the agent.

The agent, still posing as the illegal alien, also approached the grey Jeep Wrangler and could see that it was occupied by a single individual, the driver. The driver was later identified as Diego MOTA, DEFENDANT 1. The agent then identified himself as Border Patrol. The red Cherokee departed the area at a high rate of speed. The DEFENDANT 1 was determined to being a citizen of the United States. The DEFENDANT 1 was placed under arrest and transported to the Ysleta Station for further processing and investigation.

Tribal Officer followed the red Cherokee until it came to a stop near the 200 block of Nooch Road. A brief foot chase began with the vehicle's driver, later identified as Issac Steven Hernandez, DEFENDANT 2. Tribal Police was able to apprehend DEFENDANT 2 placing him under arrest. Both drivers were placed under arrest and transported to the Ysleta Station for further processing and investigation.

In a post-Miranda statement, DEFENDANT 1 admitted to his involvement in an illegal smuggling scheme. The DEFENDANT 1 stated he was getting paid $500 U.S.D. DEFENDANT 1 stated that DEFENDANT 2 hired him and gave him instructions on where to pick up the illegal alien. DEFENDANT 1 stated that DEFENDANT 2 was

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Defendant 1: Diego MOTA
Defendant 2: Issac Steven HERNANDEZ

PEPT# PEPT250752

07/02/2025

FACTS    (CONTINUED)
working as a lookout that day, meaning that DEFENDANT 1 was supposed to pick up illegal aliens.

In a post-Miranda statement, DEFENDANT 2 admitted to his involvement in an illegal smuggling scheme. The DEFENDANT 2 stated he was getting paid $150 U.S.D. for picking up illegal aliens and finding pick-up drivers. DEFENDANT 2 stated he has done this approximately eight times. DEFENDANT 2 stated he would provide the location of the illegal aliens to the pick-up drivers.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
Defendant 1: USC
Defendant 2: USC

Criminal History:
Defendant 1: 04/02/2024, El Paso, TX, Agg Robbery(F), ACC, .
04/02/2024, El Paso, TX, Assault causes bodily inj.(M), CNV, Probation to 1 YOMOD.

Defendant 2: 02/25/2024, El Paso, TX, Possession CS PG 1/1-B>=1G<4G(F), DSM, .
02/25/2024, El Paso, TX, Possession Marijuana < 2 oz(M), DRP, .
02/25/2024, El Paso, TX, Driving While Intoxicated(M), CNV, Probation to 0Y 15 MOD.
02/25/2024, El Paso, TX, UNL Carrying Weapon(M), DSM, .